# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:20 mj 137
)
Malik Solomon WILKINSON )
1506 Arlington Ave. )
Columbus, OH 43215 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The human body of Malik S. WILKINSON, who currently resides at 1506 Arlington Ave. Columbus, OH 43211

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

Oral buccal swabs of Malik S. WILKINSON

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Unlawful Possession of a Firearm by a Convicted Felon |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
TFO 6551

ATF TFO Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/25/2020

*Judge's signature*

City and state: Columbus, OH

Magistrate Judge Elizabeth Preston Deavers
*Printed name and title*

Page 1

I, Brian V. Boesch, a Task Force Officer with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, hereinafter the affiant, being duly sworn, states:

1. I am a police officer with the Columbus Division of Police and have been so employed for the past twenty-five years. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) and have been in this assignment for over five years. Over the course of twenty-five years in law enforcement I have investigated numerous state and federal crimes that have led to successful prosecutions of armed robbery and firearms violations.

2. On November 6, 2019, members of the United States Marshals Service (USMS) Southern Ohio Fugitive Apprehension Strike Team (SOFAST) executed an arrest warrant for Malik S. WILKINSON at 1506 Arlington Ave., Columbus, OH. WILKINSON's felony warrant stemmed from an incident out of Delaware County, OH for Possession of a Fentanyl Related Compound. SOFAST members located WILKINSON hiding in the attic of the residence.

3. As they were arresting WILKINSON, SOFAST members observed two (2) firearms sitting in plain view; one handgun was on the living room couch, and the other handgun was sitting on a tool bag in the kitchen/dining area. SOFAST members also observed, in plain view, portable scales and plastic baggies they recognized from their training and experience as items used to weigh and package illicit narcotics for sale.

4. Also present inside the residence was Tyricka Turner. Ms. Turner was secured by SOFAST members. Ms. Turner informed SOFAST that she observed WILKINSON earlier that morning in possession of a Tech-9 type of semi-auto pistol that contained an extended magazine. Ms. Turner later changed her statement and said that it was the prior week that she observed WILKINSON with the pistol.

5. The residence was secured and ATF Task Force Officer (TFO) Brian V. Boesch obtained a State of Ohio search warrant for the residence. Upon searching the residence, investigators located a Jennings model J22, .22 caliber pistol, bearing serial number 478075 and a FMK model 9C1, 9mm pistol, bearing serial number BB8342. Both firearms were loaded. Also located in the residence were 8 suspected Xanax bars on the mantle of the fireplace and suspected crack cocaine on the dining room table.

6. TFO Boesch is aware through training and experience that by handling items such as firearms, individuals will leave behind cellular material from their body that contains deoxyribonucleic acid (DNA) specific to that person. That DNA can be collected and

preserved to be compared at a later date to the DNA collected from the body of a suspect.

7. TFO Boesch submitted the firearms to the Columbus Division of Police (CPD) Crime Lab and requested they collect any cellular material and preserve it for future comparison. The lab was able to collect cellular material and has preserved it.

8. Your affiant therefore respectfully requests this warrant to enter the body of Malik S. WILKINSON to collect oral buccal swabs that will contain samples of his DNA. These swabs will be used to compare the DNA recovered from the two firearms collected from 1506 Arlington Ave. to the DNA of WILKINSON. Your affiant also request permission to use a reasonable amount of force to collect the swabs, should WILKINSON refuse to submit to the collection.

_____
Signature of Complainant
Task Force Officer Brian V. Boesch

Sworn to before me and subscribed in my presence,

__February 25__, 2020, at __3:02__ am/pm at Columbus, OH

_____
Elizabeth Preston Deavers
United States Magistrate Judge, Southern District of Ohio